UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | Case No. 24-cv-01607-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING CASE WITH PREJUDICE, AND DENYING MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT**<br><br>Re: Dkt. No. 18 |

On May 24, 2024 Magistrate Judge Laurel Beeler issued a Report and Recommendation recommending this case be dismissed with prejudice and that the defendant's motion to declare plaintiff a vexatious litigant be denied. Dkt. No. 18. Pursuant to Federal Rule of Civil Procedure 72, objections to the May 24, 2024 Report and Recommendation were due no later than June 10, 2024 (14 days from service of the Report and Recommendation, plus 3 days to allow for mail service).

Mail sent to plaintiff's address on file has been returned as undeliverable. *See* Dkt. No. 18 at 5. The court called and left a message for plaintiff to get a good address on May 24, 2024 and again on June 10, 2024. Plaintiff did not file a response to the Report and Recommendation. However, on June 14, 2024, plaintiff filed a non-responsive motion to reject assignment to arbitration and demand for a jury trial. Dkt. No. 22. Because plaintiff has demanded a jury trial, the Court construes this motion to mean that plaintiff does not agree to the Report and Recommendation.

The Court thus has reviewed the Report and Recommendation de novo. The Court agrees with the recommendation that this case be dismissed with prejudice and that defendant's motion to

declare plaintiff a vexatious litigant be denied. Accordingly, the Court ADOPTS the Report and Recommendation, DISMISSES this case WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b), and DENIES defendant's motion to declare plaintiff a vexatious litigant.

**IT IS SO ORDERED**.

Dated: June 24, 2024

SUSAN ILLSTON
United States District Judge