UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | Case No. 24-cv-01607-SI<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 18 |

This action has been dismissed with prejudice.   Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

.

Dated: June 25, 2024

_____
SUSAN ILLSTON
United States District Judge