

Derrick Hill
HDSP
PO BOX 3030
Susanville, Ca 96127

**FILED**

NOV 22 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE.

1    United States District Court Eastern District of California

2 Derrick Hill

       V

3

4 California Department of Correction

5 Zachary Lujan , Phillip Tabor

2:24-cv-01607
case number

Memorandum

I have not got a summons to send to defendant
Judge Dennis M Cota has not honored Decline of Magistrate
he recused himself and is now asking me to reply to a Order
that I already sent to Chief Judge Kimberly J Mueller the
judge he reassigned it to a copy of the reassigning notice is attached

this is sent to all Judges that was involved

## PLEASE SEND SUMMONS

DATED 10-9-2024

NEW ORDER REASSIGNING BY NEW CHIEF JUDGE TORY L NUNLEY JUDGE KIMBERLY J MUELLER
NOT A CHEF JUDGE ON ORDER NOW THE NEW JUDGE IS DENA M COGGINS Notices
are attached #11 and #18 Documents and only received 8 envelopes plus
one Live System printout
Documents # 11, 18, 19

Respectfully
Derrick Hill

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain Message–Id: Subject:Activity in Case 2:24–cv–01607–KJM–DMC (PC) Hill v. CDC . Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

### U.S. District Court

### Eastern District of California – Live System

### Notice of Electronic Filing

*[handwritten: 10/4/2024 at 9:51 AM        filed on 10/4/2024]*

The following transaction was entered on 10/4/2024 at 9:51 AM PDT and filed on 10/4/2024

| | |
|---|---|
| *Case Name:* | (PC) Hill v. CDC |
| *Case Number:* | 2:24–cv–01607–KJM–DMC |
| *Filer:* | *[handwritten: 18]* |
| *Document Number:* | 18 |
| *Docket Text:* | *[handwritten: Dennis M Cota on 10/4/2024   VACATING FINDINGS AND Recommend a]* |

ORDER signed by Magistrate Judge Dennis M. Cota on 10/4/2024 VACATING [11] Findings and Recommendations. Clerk is DIRECTED to forward Plaintiff a copy of [7] Order. Plaintiff to file Amended Complaint within 30 days. Clerk DIRECTED to TERMINATE [12] Motion. (Zignago, K.)

*[handwritten margin notes: To file Amended complaint within 30 DAY    Zignago, K]*

2:24–cv–01607–KJM–DMC Notice has been electronically mailed to:

2:24–cv–01607–KJM–DMC Electronically filed documents must be served conventionally by the filer to:

Derrick Hill
BG–9787
High Desert State Prison
P. O. Box 3030
Susanville, CA 96127

The following document(s) are associated with this transaction:

*[handwritten]* Order signed by Magistrate Judge Dennis M Cota on 10/4/2024 Vacating [11] Findings and Recommendations. Clerk is Directed to forward Plaintiff a copy of [7] Order. Plaintiff to file Amended Complaint within 30 Days. Clerk Directed to terminate [12] Motion (Zignago. k)

- MIME−Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain
Derrick Hill
BG−9787
High Desert State Prison
P. O. Box 3030
Susanville CA 96127
US
−−Case Participants: Magistrate Judge Dennis M. Cota (caed_cmecf_dmc@caed.uscourts.gov), District Judge
Dena M. Coggins (caed_cmecf_dc@caed.uscourts.gov, cschultz@caed.uscourts.gov)
−−Non Case Participants:
−−No Notice Sent:
Message−Id: Subject:Activity in Case 2:24−cv−01607−DC−DMC (PC) Hill v. CDC Order Reassigning
Newly Appointed District Judge. Content−Type: text/html

*This is an automatic e−mail message generated by the CM/ECF system. Please DO NOT RESPOND to this
e−mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** *Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all
documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees
apply to all other users. To avoid later charges, download a copy of each document during this first
viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

## U.S. District Court

### Eastern District of California − Live System

**Notice of Electronic Filing**

The following transaction was entered on 10/11/2024 at 11:08 AM PDT and filed on 10/11/2024

| | |
|---|---|
| *Case Name:* | (PC) Hill v. CDC |
| *Case Number:* | 2:24−cv−01607−DC−DMC |
| *Filer:* | |
| *Document Number:* | 19 |

*Docket Text:*
**ORDER REASSIGNING CASE** by Chief Judge Troy L. Nunley: Due to the appointment of
District Judge Dena M. Coggins to the bench of the Eastern District of California this action
is reassigned from District Judge *Kimberly J. Mueller* to District Judge Dena M. Coggins for
all further proceedings. All hearings currently set before the District Judge in this reassigned
action are VACATED. (Becknal, R.)

**2:24−cv−01607−DC−DMC Notice has been electronically mailed to:**

**2:24−cv−01607−DC−DMC Electronically filed documents must be served conventionally by the filer to:**
Derrick Hill
BG−9787
High Desert State Prison
P. O. Box 3030
Susanville CA 96127
US

*[handwritten annotations:]* Magistrate Judge Dennis M. Cota; Order Reassigning; 10/11/2024 at 11:08 AM; filed on 10/11/2024; 19; Chief Judge Troy L. Nunley Due to the appointment of District Judge Dena Coggins of Eastern District this is reassigned from Kimberly J Mueller to Dena M Coggins action are vacated Becknal, R.

*Order Reassigning case by Chief Judge Troy L. Nunley Due to the appointment of District Judge Dena M Coggins to the branch of Eastern District of California this action is reassigned from Judge Kimberly J Mueller to District Judge Dena M Coggins for all further proceedings All hearings set before the District Judge in this reassigned action are vacated (Becknal, R.)*

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain Message-Id: Subject:Activity in Case 2:24–cv–01607–KJM–DMC (PC) Hill v. CDC Order Reassigning Case. Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** *There is no charge for viewing opinions.*

### U.S. District Court

### Eastern District of California – Live System

**Notice of Electronic Filing**

*[handwritten: 8-1-2024]*

The following transaction was entered on 8/1/2024 at 9:22 AM PDT and filed on 8/1/2024

| | |
|---|---|
| *Case Name:* | (PC) Hill v. CDC |
| *Case Number:* | 2:24–cv–01607–KJM–DMC |
| *Filer:* | |
| *Document Number:* | ~~11~~ |

*[handwritten: HOW DO YOU REASSIGN A CASE TO HISELF]*

*Docket Text:*
ORDER and FINDINGS and RECOMMENDATIONS signed by Magistrate Judge Dennis M. Cota on 07/31/2024 DIRECTING the Clerk to randomly assign a District Judge to this action. Case REASSIGNED to Chief District Judge Kimberly J. Mueller and Magistrate Judge Dennis M. Cota for all further proceedings. It is further RECOMMENDED that this action be dismissed without prejudice. Objections due within 14 days after being served with these Findings and Recommendations. New Case Number: 2:24–cv–1607 KJM DMC (PC). (Nair, C)

*[handwritten annotations: "signed by Magistrate Judge Dennis M." "To randomly assign a 2nd" "REASSIGNED to hiself" "7/31/24 reassigned Chief District Judge Kimberly Mueller" "2:24-cv-1607 KJM DMC (PC) (Nair, C)"]*

2:24–cv–01607–KJM–DMC Notice has been electronically mailed to:

2:24–cv–01607–KJM–DMC Electronically filed documents must be served conventionally by the filer to:

Derrick Hill
BG–9787
High Desert State Prison
P. O. Box 3030
Susanville, CA 96127

The following document(s) are associated with this transaction: